PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jacqual Moore                                 Cr.: 09-CR-373-01
                                                                PACTS #: 53559

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 06/16/10

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More of Cocaine Base, 21 U.S.C. § 846

Original Sentence: 37 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 08/08/13

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Jacqual Moore violated the standard drug testing condition. |
|   | On February 24, 2014, during a routine home inspection, Moore provided a urine specimen which yielded positive results for marijuana use. |

U.S. Probation Officer Action: This officer met with the offender and admonished him for his actions. We have increased urine monitoring and the offender will attend Narcotics Anonymous meetings as well as continue to participate in Moral Reconation Therapy (MRT) Group until deemed appropriate by the probation office. This writer also recommends presentation of this document to Jacqual Moore as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,

By: Luis R. Gonzalez
Senior U.S. Probation Officer
Date: 03-14-14

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other: U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.

Signature of Judicial Officer

28 March 2014
Date