PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jaqual Moore                                          Cr.: 09-CR-0373-01
                                                                        PACTS Number: 53559

Name of Sentencing Judicial Officer: William H. Walls, Sr. USDJ

Date of Original Sentence: 06/16/10
Date of Amended Sentence (Crack Case): 07/31/13

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More of Cocaine Base, in violation of U.S.C. 21 § 846.

Original Sentence: 50 months imprisonment
Amended Sentence: 37 months imprisonment

Type of Supervision: supervised release                        Date Supervision Commenced: 08/08/13

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

**COMMUNITY SERVICE   (100 hours over 12 months)**

You shall contribute 100 hours of community service work over a period of 12 months or less, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

The offender tested positive for marijuana use on May 15, July 24, September 9, October 9, and October 23, 2014. While, he is currently attending intensive outpatient drug treatment at the Integrity House Drug Program in Newark, New Jersey, we believe that having the offender complete 100 hours of community service will serve as just punishment for his non-compliant behavior. The offender understands, that if he continues to use drugs, he may face violation of supervised release proceedings.

                                                        Respectfully submitted,
                                                        By: Luis R Gonzalez
                                                        Senior U.S. Probation Officer
                                                        Date: 11-18-14

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

                                                        Signature of Judicial Officer

                                                        25 November 2014
                                                        Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

**COMMUNITY SERVICE**   (100 hours over 12 months)

You shall contribute 100 hours of community service work over a period of 12 months or less, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____  Signed: _____
Senior U.S. Probation Officer              Probationer or Supervised Releasee
Luis R Gonzalez                                 Jaqual Moore

11/18/14
DATE